|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DAVID ESPANTA MARQUEZ, *et al.*, | Case No. 1:25-cv-00123-KES-CDB |
| --- | --- |
| Plaintiffs, | ORDER GRANTING STIPULATION TO FILE AMENDED ANSWER |
| v. | (Doc. 9) |
| DONALD MENDENHALL, *et al.*, | **THREE-DAY DEADLINE** |
| Defendants. | |

Plaintiffs David Espanta Marquez and Maricela Cortez Marquez initiated this action with the filing of a complaint in state court on December 11, 2024, against Defendants Donald Mendenhall, doing business as Mendenhall Trucking, Joe Zaputil Trucking, Inc., and Briar Jackson Joseph E. Valentine. (Doc. 1-1). Defendants removed the action to this Court on January 28, 2025. (Doc. 1). Defendants filed their answer to the complaint in the underlying state proceeding on that same day. (Doc. 1 ¶ 4; Doc. 1-1 at 38-42).

Pending before the Court is Defendants' stipulated request for leave to file an amended answer. (Doc. 9). Defendants represent that, subsequent to the filing of their answer, they learned of a basis for an additional affirmative defense which was not included in the answer. *Id.* at 2. Defendants attach their proposed amended answer to their stipulated request. *Id.* at 5-9. The Court has read and considered the filing and finds good cause to grant Defendants' request. *See* Fed. R. Civ. P. 15(a)(2).

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' stipulated request (Doc. 9) is GRANTED (*see* Fed. R. Civ. P. 15(a)(2)); and

2. Defendants are DIRECTED, **within three (3) days** of issuance of this order, to file as a stand-alone docket entry the amended answer attached to the stipulated request (Doc. 9).

IT IS SO ORDERED.

Dated:   **May 14, 2025**                               _____
                                                        UNITED STATES MAGISTRATE JUDGE

2