UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESPANTA MARQUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD MENDENHALL doing business as MENDENHALL TRUCKING, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00123-KES-CDB<br><br>ORDER ON STIPULATION EXTENDING EXPERT DISCOVERY DEADLINES<br><br>(Doc. 14) |

Plaintiffs David Espanta Marquez and Maricela Cortez Marquez (collectively, "Plaintiffs") initiated this action with the filing of a complaint on January 28, 2025. (Doc. 1). Pending before the Court is the parties' stipulated request to extend expert discovery deadlines, filed on November 6, 2025. (Doc. 14). Accompanying the request is the declaration of counsel for Plaintiffs Brandon J. Carr. (Doc. 14-1).

In support of the request, the parties represent that they have scheduled a mediation for November 21, 2025, and seek to "limit expert costs in advance of the mediation to allow for better chances at settlement." *Id.* at 2; (Doc. 14-1 ¶ 4). The parties, therefore, stipulate to extend the expert disclosure deadline from November 12, 2025, to November 26, 2025; the rebuttal expert disclosure deadline from December 10, 2025, to December 24, 2025; and the expert discovery cut-off from January 9, 2026, to January 23, 2026. (Doc. 14-2 at 2).

For good cause shown, the parties' stipulated request to extend expert discovery deadlines will be granted. No other dates or provisions of the operative scheduling order (Doc. 8) will be affected by this order.

The Court notes that it expects settlement discussions and mediation efforts to be undertaken in parallel with the case management dates granted and, therefore, admonishes the parties that it is unlikely to grant further extensions of time absent alternative grounds for relief.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 8) is amended as follows:

1. The expert disclosure deadline is extended from November 12, 2025, to **November 26, 2025**.
2. The rebuttal expert disclosure deadline is extended from December 10, 2025, to **December 24, 2025**.
3. The expert discovery cut-off is extended from January 9, 2026, to **January 23, 2026**.
4. No other dates or provisions of the operative scheduling order (Doc. 8) are affected by this order.

IT IS SO ORDERED.

Dated: __November 7, 2025__    _____
UNITED STATES MAGISTRATE JUDGE